1012

No. 10-9687. McINTIRE v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 10-9710. GOODMAN v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 10-9722. DePACE v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 10-9733. STEVENSON v. YATES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10-9734. KOYNOK v. LLOYD ET AL. C. A. 3d Cir. Certiorari denied.

No. 10-9802. ABIDAOUD v. HOLDER, ATTORNEY GENERAL. C. A. 1st Cir. Certiorari denied.

No. 10-9819. HAYWOOD v. HILLMAN, CHIEF MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10-9843. CENTENO v. HARDY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 10-9866. ENGLE v. OHIO. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 10-9879. BARKSDALE v. TAYLOR, ACTING DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 10-9890. HEARNS v. ARTUS, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 10-9896. NORWOOD v. BOARD OF TRUSTEES OF UNIVERSITY OF ARKANSAS AT LITTLE ROCK. C. A. 8th Cir. Certiorari denied.

No. 10-9897. SANDOVAL v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 10-9912. FITZGERALD v. WALSH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.